UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of March, two thousand twenty-one,

_____

| | |
|---|---|
| Michael Cetta, Inc., on behalf of themselves and all others similarly situated, DBA Sparks Steak House, | **ORDER**<br>Docket No. 21-57 |
| Plaintiff - Appellant, | |
| v. | |
| Admiral Indemnity Company, | |
| Defendant - Appellee. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".


For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court